IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:  Roosevelt Canady Jr                              CASE NO:         3:10-bk-10787 E

                                                                      Chapter 13

### ORDER

Comes now the Court and finds that an Order was entered on September 02, 2010, requiring the debtor to furnish documentation to the Trustee's office. The order further provided that the case would be dismissed without further notice or hearing if the documentation was not submitted. The Court finds that the documentation has not been submitted; therefore, the case should be, and hereby is, dismissed for debtors failure to abide by the Court's order of September 02, 2010.

IT IS SO ORDERED.

*Audrey R Evans*
Audrey R. Evans
United States Bankruptcy Judge
Dated:   10/06/2010

cc:  Mark T. McCarty, Trustee

   Davis Loftin
   310 Mid Continent Pl Ste 360
   West Memphis, AR  72301

   Roosevelt Canady Jr
   111 Cottonwood Cove
   Marion, AR  72364

   All Creditors

EOD  10/6/2010
by L Schacherbauer